# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| TROY OROSCO, Individually and on behalf of all others similarly situated, <br><br> *Plaintiff,* <br><br> v. <br><br> CHALK MOUNTAIN SERVICES OF TEXAS, LLC <br><br> *Defendant.* | § § § § § § § § § § § § § § § § Civil Action No. 5:17-cv-00682 <br><br> JURY TRIAL DEMANDED <br><br> COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b) <br><br> CLASS ACTION PURSUANT TO FED. R. CIV. P. 23 |

## STIPULATION REGARDING TOLLING OF THE STATUTE OF LIMITATIONS PURSUANT TO 29 U.S.C. § 216(b)

Plaintiff Troy Orosco and Defendant Chalk Mountain Services of Texas, LLC (collectively "the Parties"), through their undersigned counsel, stipulate and agree as follows:

1. Plaintiff Orosco, individually and on behalf of all others similarly situated, filed his Original Collective and Class Action Complaint on July 24, 2017, against Chalk Mountain Services of Texas, LLC. (D.E. No. 1) seeking to represent a proposed collective of employees defined as "all Sand Coordinators, Pushers and Well Site Supervisors who worked for Chalk Mountain Services of Texas, LLC, at any time from July 24, 2014 through the final disposition of this matter, and were paid a salary but did not receive overtime for all hours worked over forty (40) in each workweek" (the Proposed Collective").

2. On August 23, 2017, Defendant Chalk Mountain Services of Texas, LLC filed its Answer to the Original Collective and Class Action Complaint. (D.E. No. 6).

3. A Status Conference was held before this Court on October 26, 2017.

4. The Parties have met and conferred regarding the possibility of a stipulation as to conditional certification of the Proposed Collective as well as early resolution of this matter. Although an agreement has yet to be reached as to either issue, the Parties have agreed in the meantime to toll the applicable statute of limitations for all members of the Proposed Collective who have not yet opted in. The Parties have agreed and stipulated that the applicable statute of limitation be tolled from November 1, 2017 until March 1, 2018.

5. Except as provided herein, this stipulation shall not be construed as an admission of fact or law relating to any of the Parties' claims or defenses, and the parties do not waive any such claims or defenses.

WHEREFORE, the Parties respectfully request that the Court grant this Stipulation Regarding Tolling the Statute of Limitations Pursuant to 29 U.S.C. § 216(b) and toll the applicable statute of limitation for the Proposed Collective for the time period beginning November 1, 2017 until March 1, 2018.

Date: January 4, 2018

Respectfully submitted,

| | |
|---|---|
| */s/ Clif Alexander* | */s/ Carrie B. Hoffman* |
| **Clif Alexander** | **Carrie B. Hoffman** |
| State Bar No. 24064805 | State Bar No. 00787701 |
| clif@a2xlaw.com | choffman@gardere.com |
| **ANDERSON2X, PLLC** | **GARDERE WYNNE SEWELL LLP** |
| 819 N. Upper Broadway | 2021 McKinney Avenue, Suite 1600 |
| Corpus Christi, TX 78401 | Dallas, TX 75201 |
| Telephone: (361) 452-1279 | Telephone: (214) 999-4262 |
| Facsimile: (361) 452-1284 | Facsimile: (214) 999-3262 |
| | |
| **Attorney in Charge for Plaintiff and the Proposed Collective** | **Attorney in Charge for Defendant** |