# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| TROY OROSCO, Individually and on behalf of all others similarly situated, <br><br> *Plaintiff,* <br><br> v. <br><br> CHALK MOUNTAIN SERVICES OF TEXAS, LLC <br><br> *Defendant.* | Civil Action No. 5:17-cv-00682 <br><br> JURY TRIAL DEMANDED <br><br> COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b) <br><br> CLASS ACTION PURSUANT TO FED. R. CIV. P. 23 |

## JOINT ALTERNATIVE DISPUTE RESOLUTION REPORT

Pursuant to the Court's Scheduling Order [Dkt. #12] and Local Rule CV-88, Plaintiff Troy Orosco, individually and on behalf of all others similarly situated (collectively, "Plaintiffs"), and Defendant Chalk Mountain Services of Texas, LLC ("Chalk Mountain" or "Defendant") (collectively, the "Parties") file this Joint Alternative Dispute Resolution ("ADR") Report.

### Status of Settlement Negotiations and Persons Responsible

The person responsible for the settlement negotiations on behalf of Plaintiffs is Clif Alexander, attorney-in-charge for Plaintiffs.

The persons responsible for the settlement negotiations on behalf of Defendant is Carrie B. Hoffman, attorney-in-charge for Defendant.

The Parties have been engaged in informal discussions regarding the parameters for settlement negotiations. Plaintiffs submitted a written settlement demand on November 20, 2017. Defendant is in the process of reviewing this settlement demand and will provide a response to Plaintiffs on or before January 16, 2018.

As of the date of this Joint ADR Report, the Parties have not reached settlement. The Parties are in the process of collecting documents and information that will be critical to an effective and productive settlement negotiation.

**Appropriateness of Alternative Dispute Resolution**

The Parties believe that this matter may be suitable for private mediation if informal settlement negotiations are not successful. The Parties have not yet selected a mediator for such purpose.


Date:   January 10, 2018                                                    Respectfully submitted,


By:/s/ *Clif Alexander*                                         By:/s/ *Carrie B. Hoffman*
**Clif Alexander**                                                  **Carrie B. Hoffman**
Texas Bar No. 24064805                                     Texas Bar No. 00787701
clif@a2xlaw.com                                                  choffman@gardere.com
**ANDERSON2X, PLLC**                                    **GARDERE WYNNE SEWELL LLP**
819 N. Upper Broadway                                      2021 McKinney Avenue, Suite 1600
Corpus Christi, Texas 78401                                Dallas, Texas 75201
Telephone: (361) 452-1279                                  Telephone: (214) 999-4262
Facsimile: (361) 452-1284                                   Facsimile: (214) 999-3262

***Attorney-in-Charge for Plaintiffs***                ***Attorney-in-Charge for Defendant***

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2018, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

>/s/ *Clif Alexander*
> Clif Alexander