# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| TROY OROSCO,<br>Individually and on behalf<br>of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>CHALK MOUNTAIN SERVICES OF<br>TEXAS, LLC<br><br>*Defendant.* | Civil Action No. 5:17-cv-00682<br><br>JURY TRIAL DEMANDED<br><br>COLLECTIVE ACTION<br>PURSUANT TO 29 U.S.C. § 216(b)<br><br>CLASS ACTION PURSUANT TO<br>FED. R. CIV. P. 23 |

## NOTICE OF SETTLEMENT

Plaintiff Troy Orosco, individually and on behalf of all opt-in plaintiffs and others similarly situated, and Defendant Chalk Mountain Services of Texas, LLC (collectively "the Parties") have reached an amicable resolution. The Parties anticipate filing dismissal documents within thirty (30) days of the filing of this Notice.

Date: January 25, 2018                                          Respectfully submitted,

By: /s/ *Clif Alexander*                                         By: /s/ *Carrie B. Hoffman*
**Clif Alexander**                                               **Carrie B. Hoffman**
Texas Bar No. 24064805                                           Texas Bar No. 00787701
clif@a2xlaw.com                                                  choffman@gardere.com
**ANDERSON2X, PLLC**                                             **GARDERE WYNNE SEWELL LLP**
819 N. Upper Broadway                                            2021 McKinney Avenue, Suite 1600
Corpus Christi, Texas 78401                                      Dallas, Texas 75201
Telephone: (361) 452-1279                                        Telephone: (214) 999-4262
Facsimile: (361) 452-1284                                        Facsimile: (214) 999-3262

***Attorney-in-Charge for Plaintiffs and***                      ***Attorney-in-Charge for Defendant***
***the Putative Class Members***

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2018, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ *Clif Alexander*
Clif Alexander