IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| TROY OROSCO, §<br>Individually and on behalf §<br>of all others similarly situated, §<br>§<br>Plaintiff, §<br>§<br>v. §    Civil Action No. 5:17-cv-00682-XR<br>§<br>CHALK MOUNTAIN SERVICES OF §<br>TEXAS, LLC, §<br>§<br>Defendant. §<br>§ | |

### [PROPOSED] ORDER GRANTING AGREED MOTION FOR CONFIDENTIAL APPROVAL OF ADDITIONAL PLAINTIFFS TO COLLECTIVE ACTION SETTLEMENT AGREEMENT

Pending before this Court is the Parties' Agreed Motion for Confidential Approval of Additional Plaintiffs to Collective Action Settlement Agreement Under Seal ("Motion"). For the reasons set forth in the Motion, the Court finds that good cause exists and accordingly the Motion is GRANTED.

The Court hereby APPROVES the parties' Addendum to Confidential Settlement Agreement and dismisses the claims with prejudice.

Signed on this _____ day of _____, 2018.

_____
HON. XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE

4838-7980-1191.1